# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

ALICE ENGLISH, THE ESTATE OF
WILLIE C. ENGLISH, JR., DECEASED,
BY AND THROUGH HIS NEXT FRIEND
AND LEGAL REPRESENTATIVE, ALICE ENGLISH,
ADMINISTRATOR OF THE ESTATE OF
WILLIE C. ENGLISH, JR.     PLAINTIFFS

VS.     CIVIL ACTION NO.: 4:06CV215-WAP-EMB

CITY OF GREENWOOD, MISSISSIPPI,
GREENWOOD POLICE DEPARTMENT,
CHIEF RONNIE L. WHITE, OFFICIALLY
AND IN HIS INDIVIDUAL CAPACITY,
SARGEANT L.B. ARCHIE, OFFICIALLY
AND IN HIS INDIVIDUAL CAPACITY,
GREENWOOD-LEFLORE HOSPITAL     PLAINTIFFS

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER HAVING COME BEFORE THE COURT for entry of an ORDER OF DISMISSAL WITH PREJUDICE, dismissing with prejudice all supplemental state law claims of PLAINTIFFS against MUNICIPAL DEFENDANTS CITY OF GREENWOOD, MISSISSIPPI, RONNIE WHITE, L.B. ARCHIE and any other employee or agent of the CITY OF GREENWOOD, MISSISSIPPI, and the COURT having been advised in the premises as to this matter.

IT IS HEREBY ORDERED that all supplemental state law claims of PLAINTIFFS against MUNICIPAL DEFENDANTS CITY OF GREENWOOD, MISSISSIPPI, RONNIE WHITE, L.B. ARCHIE and any other employee or agent of the CITY OF GREENWOOD, MISSISSIPPI are dismissed with prejudice.

SO ORDERED, this the 28th day of AUGUST 2007.

/s/ W. Allen Pepper, Jr.

W. ALLEN PEPPER, JR.

UNITED STATES DISTRICT JUDGE

JO.99366862.1

**AGREED BY:**

_____
LATRICE WESTBROOKS
ATTORNEY FOR PLAINTIFFS


_____
GARY E. FRIEDMAN
MARK FIJMAN
ATTORNEYS FOR MUNICIPAL DEFENDANTS