IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ALICE ENGLISH, THE ESTATE OF
WILLIE C. ENGLISH, JR., DECEASED,
BY AND THROUGH HIS NEXT FRIEND
AND LEGAL REPRESENTATIVE, ALICE
ENGLISH, ADMINISTRATOR OF THE ESTATE
OF WILLIE C. ENGLISH, JR.                                              PLAINTIFFS


VERSUS                                              CIVIL ACTION NO. 4:06CV215-P-S


CITY OF GREENWOOD, MISSISSIPPI
GREENWOOD POLICE DEPARTMENT,
CHIEF RONNIE L. WHITE, OFFICIALLY
AND IN HIS INDIVIDUAL CAPACITY,
SERGEANT L.V. ARCHIE, OFFICIALLY
AND IN HIS INDIVIDUAL CAPACITY                                       DEFENDANTS

## FINAL JUDGMENT

This cause came on for hearing on defendants' Motion for Summary Judgment [57]. The

Court, having considered the motions and being otherwise fully advised in the premises, finds as

follows, to-wit:

In accordance with the Memorandum Opinion and Order entered this day, the Court finds

that the defendants' motion is well-taken and should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendants' Motion for

Summary Judgment [57] is well-taken and should be, and hereby is, GRANTED. This cause is

hereby DISMISSED WITH PREJUDICE, each party to bears its own costs.

This, the 30th day of July, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE